CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
NICOLE C. WEBSTER, SBN 311863
Email: nwebster@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, McCLOUD STEWART, JACOB PRUE, RYAN DRUMMOND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WOLNIAK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a public governmental entity, MCCLOUD STEWART, an individual and in his capacity as a Deputy Sheriff of the County of Sacramento, JACOB PRUE, an individual and in his capacity as a Deputy Sheriff of the County of Sacramento, RYAN DRUMMOND, an individual and in his capacity as a Deputy Sheriff of the County of Sacramento, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01286 KJM AC<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE THE SECOND, FOURTH, AND FIFTH CAUSES OF ACTION AND THAT THE SEVENTH, EIGHTH AND NINTH CAUSES OF ACTION ASSERT, WITH RESPECT TO THE COUNTY, ONLY VICARIOUS LIABILITY; ORDER THEREON** |

CREGGER & CHALFANT LLP
701 University Ave., # 110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO DISMISS CAUSES OF ACTION
Case No. 2:17-cv-01286 KJM AC

1

WHEREAS, on June 23, 2017, Plaintiff filed a Complaint for Damages;

WHEREAS, Defendants' response to the Complaint is due to be filed August 14, 2017, pursuant to the parties' stipulation to extend time (Doc. 8);

WHEREAS, Defendants believe it is unclear whether the Seventh, Eighth and Ninth Claims each intend to allege a direct liability state law claim against the County;

WHEREAS, Defendants indicated to Plaintiff their intention to move to dismiss certain claims in the Complaint, including any direct liability state law claims against the County;

WHEREAS, pursuant to the Court's standing order of June 23, 2017 (Doc. 4-1), the parties met and conferred regarding the grounds for Defendants' motion and resolved some of the issues to be raised by the motion;

WHEREAS, the parties wish to limit law and motion practice where possible;

THEREFORE the parties hereby stipulate, by and through their counsel of record, as follows:

1.      Plaintiff's Second Claim alleging violation of Due Process for excessive force under 42 U.S.C. Section 1983, shall be dismissed without prejudice;

2.      Plaintiff's Fourth Claim alleging municipal liability for failure to train / inadequate training under 42 U.S.C. Section 1983, shall be dismissed without prejudice;

3.      Plaintiff's Fifth Claim alleging municipal liability for unconstitutional custom, practice, or policy under 42 U.S.C. Section 1983, shall be dismissed without prejudice;

4.      Plaintiff's Seventh Claim alleges negligence against the individual defendants, public employees (Government Code §820(a)), and vicarious liability for damages resulting from said alleged negligence against the County (Government Code §815.2);

5.      Plaintiff's Eighth Claim alleges intentional infliction of emotional distress against the individual defendants, public employees (Government Code §820(a)), and vicarious liability, for damages resulting therefrom against the County (Government Code §815.2); and

6.      Plaintiff's Ninth Claim alleges negligent infliction of emotional distress against the individual defendants, public employees (Government Code §820(a)), and vicarious liability for

CREGGER & CHALFANT LLP
701 University Ave., # 110
Sacramento, CA  95825
(916) 426-1889

STIPULATION TO DISMISS CAUSES OF ACTION
Case No. 2:17-cv-01286 KJM AC

2

damages resulting therefrom against the County (Government Code §815.2);

7. Defendants may file a motion to dismiss with respect to the issues that were not resolved by way of the meet-and-confer process, no later than the already agreed upon date of August 14, 2017.

IT IS SO STIPULATED.

DATE: August 8, 2017                                 CREGGER & CHALFANT LLP

/s/ Nicole C. Webster
NICOLE C. WEBSTER
Attorneys for Defendants COUNTY OF SACRAMENTO, McCLOUD STEWART, JACOB PRUE, RYAN DRUMMOND

DATE: August 8, 2017                                 LAW OFFICE OF SOHAILA SAGHEB

/s/ Sohaila Sagheb
SOHAILA SAGHEB, SBN 144202
Attorneys for Plaintiff STEVE WOLNIAK

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The Second Cause of Action alleging violation of Due Process for excessive force under 42 U.S.C. Section 1983, shall be dismissed without prejudice;

2. The Fourth Claim alleging municipal liability for failure to train / inadequate training under 42 U.S.C. Section 1983, shall be dismissed without prejudice;

3. Fifth Claim alleging municipal liability for unconstitutional custom, practice, or policy under 42 U.S.C. Section 1983, shall be dismissed without prejudice;

4. The Seventh Claim alleges negligence against the individual defendants, public

CREGGER & CHALFANT LLP
701 University Ave., # 110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO DISMISS CAUSES OF ACTION
Case No. 2:17-cv-01286 KJM AC

3

employees (Government Code §820(a)), and vicarious liability for damages resulting from said alleged negligence against the County (Government Code §815.2);

5. The Eighth Claim alleges intentional infliction of emotional distress against the individual defendants, public employees (Government Code §820(a)), and vicarious liability, for damages resulting therefrom against the County (Government Code §815.2); and

6. The Ninth Claim alleges negligent infliction of emotional distress against the individual defendants, public employees (Government Code §820(a)), and vicarious liability for damages resulting therefrom against the County (Government Code §815.2); and

7. Defendants may file a motion to dismiss with respect to any remaining causes of action, no later than August 14, 2017.

**IT IS SO ORDERED.**

DATE: August 11, 2017.

_____
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., # 110
Sacramento, CA  95825
(916) 426-1889

STIPULATION TO DISMISS CAUSES OF ACTION
Case No. 2:17-cv-01286 KJM AC

4